JS - 6

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9113 GAF (PJWx) | Date | May 24, 2010 |
|---|---|---|---|
| Title | Pasha Nassim v. JP Morgan Chase et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**        **(In Chambers)**

### ORDER REMANDING CASE

In its March 18, 2010 order, the Court granted defendant J.P. Morgan Chase Bank's motion to dismiss Plaintiff's federal claims and gave him leave to amend certain federal claims. (Docket No. 12 at 3-6.)  The Court also reserved its ruling regarding Plaintiff's pendant state claims, and indicated that if "Plaintiff fail[ed] to amend his complaint" by April 5, 2010, "or otherwise fail[ed] to sufficiently state a <u>federal</u> claim upon which relief [could] be granted," the Court would "exercise its discretion under 28 U.S.C. § 1367(c) to remand the pendant state law claims." (<u>Id.</u> at 5-6.)

To date, Plaintiff has not filed an amended complaint, and the Court hereby **DISMISSES** his federal claims **with prejudice**.  The remaining state law claims are hereby **REMANDED** to Los Angeles County Superior Court, consistent with 28 U.S.C. § 1367(c).

**IT IS SO ORDERED.**